No. 90–7251. STUART *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 90–7257. CARTER *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 90–7260. BALL *v.* TEXAS. Ct. App. Tex., 10th Dist. Certiorari denied.

No. 90–7262. SIMMONS *v.* MARSH, SECRETARY OF THE ARMY. C. A. 4th Cir. Certiorari denied.

No. 90–7263. CULLIVER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–7265. WAYNO *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–7266. GONZALEZ-FERNANDEZ ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–7267. SAVAGE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–7270. PAYTON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–7271. QUINONES *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 90–7274. MELTON *v.* UNITED STATES POSTAL SERVICE. C. A. 2d Cir. Certiorari denied.

No. 90–7277. HAYES *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 90–7278. GARCIA-ROJAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–7280. ESPERIQUETA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–7285. ROBINSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–7300. CORREA DE JESUS *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.